1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    CRYSTAL RUIZ,

10              Plaintiff,                      No. 25-cv-01878-TLN-AC

11

12        v.                                   **ORDER**

13    COSTCO WHOLESALE
      CORPORATION,

14              Defendant.

15

16

17         This matter is before the Court on Defendant Costco Wholesale Corporation's

18   ("Defendant") Request to Seal.  Defendant requests the Court seal Exhibit A to Defendant's

19   Notice of Removal (ECF No. 1 at 7–31) and enter Exhibit A — Redacted (ECF No. 10-2 at 5–9)

20   in its place.  (*Id.* at 2.)

21         Defendant's Request to Seal is GRANTED in part and DENIED in part as follows:

22      • Defendant's request to seal its Notice of Removal (ECF No. 1) is GRANTED;

23      • Defendant's request to enter Exhibit A — Redacted (ECF No. 10-2 at 5–9) in its place

24        is DENIED;

25      • Defendant is ORDERED to refile its Notice of Removal with the redacted exhibit.

26         IT IS SO ORDERED.

27   DATED: October 15, 2025

28
                                              Troy L. Nunley
                                              Chief United States District Judge

                                         1